UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY PG D.C.

MAY 23 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

THOMAS G. THOMPSON

Plaintiff,

v.

TACO BELL, et al

Defendant.

---

CIVIL SUIT FOR VIOLATION OF 18 U.S.C. § 245

COMES NOW, the Plaintiff pro se and in forma pauperis and files this Civil Suit for Violation of 18 U.S.C. § 245 and seeks ($10,000,000) Ten million dollars in damages for mental anguish suffered due to racial descrimination and in support states the following.

a.) In August, 2020 the Plaintiff was employed by Taco Bell in Okeechobee, Fl. 34972.

b.) The Plaintiff's direct manager Jeanne called the plaintiff the "N" word and told him he was an "explitive N-word."

c.) Another Manger Angela witnessed the action and reported the abuse to the General Manager, ALLysa.

d.) The General Manager issued a reprimand to the Manager Jeanne.

e.) The Company continued to schedule the two parties together. The Plaintiff refused to work with the Mangr Jeane who was placed on investigation and subsequently fired.

f.) The plaintiff was terminated for a call in sick day. The Plaintiff covered many shifts for other during his employment.

WHEREFORE, the Plaintiff prays this Honorable Court Award the Plaintiff ($10,000,000) Ten Million dollars for Racial Discrimination & Mental Anguish in the above style Cause.

Date 05/11/2022 _____

Thomas G. Thompson
504 N.W. 4th St.
P.O. Drawer 1397
Okeechobee, Fl. 34972
Inmate # 97294

Thomas Lee Thompson
504 NW 4th St.
P.O. Drawer 1397
Okeechobee, Fl. 34972

"THIS MAIL ORIGINATED FROM A CORRECTIONAL FACILITY"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA
400 N. Miami Ave.
Miami Fl. 33128

Attorney Client Privelage

33128-771899